# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**   **Matter to be Sealed**

Newton / Southwestern   ☒ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: William D. Johnson

Alias Name:

Birth Date: 12/06/1974

**Related Case Information**

Superseding Indictment? ☐ Yes  ☒ No   If yes, original case number:
New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

**AUSA** Jessica R. Sarff

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ☒ No
**Warrant Required?** ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts   2 w/FA

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841B=CP.F CONTROLLED SUBSTANCE - POSSESSION WITH INTENT TO DIST | 2 |
| 3 | 21:853.F CRIMINAL FORFEITURES | FA |
| 4 | | |

(May be continued on reverse)   Revised: 04-25-2018