*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

## MINUTE SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA | Date: January 29, 2021 |
| vs. | Case No.:21-05003-01-CR-SW-MDH |
| WILLIAM D. JOHNSON | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Indictment

**Time Commenced:** 10:59 a.m.      **Time Terminated:** 11:02 a.m.

### APPEARANCES

**Plaintiff:** Jessica Sarff, AUSA
**USPPTS:** Carrie Green

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Because Defendant has been arrested, the Government orally request for the indictment to be unsealed. Court grants oral request and orders that indictment/case be unsealed and processed in accordance with established procedure and law.

Defendant advised of rights and counsel will be appointed by subsequent order.

Government orally moves for detention.

Arraignment, Detention Hearing and Scheduling Conference set for 2/3/2021 at 11:00 a.m.

Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel