IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 21-05003-01-CR-SW-MDH |
| WILLIAM D. JOHNSON, | ) ) ) | |
| Defendant. | ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Comes now Michelle M. Law, Assistant Federal Public Defender, and hereby moves the Court to enter an order allowing her to withdraw as counsel for Mr. Johnson. The reasons for her motion are as follows:

1. On January 29, 2021, the Federal Public Defender's Office for the Western District of Missouri was appointed to represent Defendant.

2. On February 3, 2021, attorney Donald R. Cooley entered his appearance in this case.

WHEREFORE, for the reason stated herein, the undersigned counsel respectfully requests this Court grant her leave to withdraw as counsel.

        Respectfully submitted,

        */s/ Michelle M. Law*
        **MICHELLE M. LAW, #45487**
        Assistant Federal Public Defender
        901 St. Louis Street, Suite 801
        Springfield, Missouri 65806
        (417) 873-9022
February 4, 2021        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Michelle M. Law*
**MICHELLE M. LAW**