# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     May 3, 2021

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, April 6, 2021, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing May 3, 2021.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is June 7, 2021, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied.  Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action.   It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>April 6, 2021</u>**

| | | | |
|---|---|---|---|
| 20-05032-CR-SW-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Timothy A. Avey | Michelle Law |
| | | | |
| 20-05030-CR-SW-RK | | United States | Jessica Sarff |
| | | v. | |
| | -02 | James L. Mangold | Russ Dempsey |
| | -03 | Michael D. Ash | Brian Risley |
| | -05 | Dustin Brenneman | Gary Wilson |
| | -06 | Misty M. Forester | Ben McBride |
| | -07 | Breanna Maggard | Alison Hershewe |

| Case Number | Party | | Counsel |
|---|---|---|---|
| 20-03116-CR-S-SRB | United States | | Jessica Sarff |
| | v. | | |
| -01 | Aaron J. Martin | | Ann Koszuth |
| -02 | Clayton P. Albrecht | | Russ Dempsey |
| -03 | Jade R. Kentner | | James Hayes |
| -04 | Megan R. Daniels | | Megan McCullough |
| -05 | Samantha Stanton | | Agi Prevendarcsik |
| 20-03122-CR-S-BP | United States | | Casey Clark |
| | v. | | |
| -01 | Deandre Walls | | Scott Pierson |
| 20-03098-CR-S-BP | United States | | Tony Brown |
| | v. | | |
| -01 | D'Andre M. Davis | | Russ Dempsey |
| 20-03120-CR-S-RK | United States | | Jim Kelleher |
| | v. | | |
| -01 | David Tatro | | Adam Woody |
| 20-03124-CR-S-MDH | United States | | Patrick Carney |
| | v. | | |
| -01 | James Larry Dunn | | Ann Koszuth |

| | | | |
|---|---|---|---|
| 20-03126-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Donald Scroggins | Ann Koszuth |
| | | | |
| 20-03131-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | David Scott Chambers | Michelle Law |
| | | | |
| 20-03133-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jared Turner | Michelle Law |
| | | | |
| 20-03121-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Timothy Barnett | Michelle Moulder |
| | -02 | Tyler Martin | Kristin Jones |
| | | | |
| 20-03106-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Brandon Lafferty | Michelle Law |
| | | | |
| 20-03112-CR-S-BCW | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Devin J.H. Wrinkle | Brian Risley |

|  |  |  |
|---|---|---|
| | -02 | Ashley N. Cooney | Amanda Burdick-Brown |
| 20-05031-CR-SW-BP | United States | Jody Stockard |
| | v. | |
| -01 | Justin Farley | Ann Koszuth |
| -02 | Mallori L. Phillips | Scott Pierson |
| 20-03127-CR-S-BCW | United States | Patrick Carney |
| | v. | |
| -01 | David Arnold | Michelle Law |
| 21-03002-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Heath Yarger | Ann Koszuth |
| 20-03100-CR-S-MDH | United States | Tony Brown |
| | v. | |
| -01 | Mace Hutchinson | Ian Lewis |
| 21-03003-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | James Hudgins | Ann Koszuth |

| | | | |
|---|---|---|---|
| 21-03007-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -01 | Marcelino Sauseda, Jr. | Ann Koszuth |
| | | | |
| 21-03005-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Thorn M. Thomas | Ian Lewis |
| | | | |
| 21-03016-CR-S-BCW | | United States | Shannon Kempf |
| | | v. | |
| | -01 | Patricia Ashton Derges | Stacie Bilyeu |
| | | | |
| 21-03006-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Larry D. Wright | Michelle Law |
| | -04 | Theresa L. Villareal | Agi Prevendarcsik |
| | | | |
| 21-05003-CR-S-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | William D. Johnson | Don Cooley |
| | -02 | Douglas S. Ward | Stuart Huffman |
| | | | |
| 20-03099-CR-S-MDH | | United States | Tony Brown |
| | | v. | |
| | -01 | Damien B. Shaw | David Mercer |

| | | | |
|---|---|---|---|
| 20-05026-CR-SW-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Freddie Lewis Tilton | Shane Cantin |
| | -02 | Alvin Dale Boyer | David Back |
| | | | |
| 20-05028-CR-SW-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Symantha Jean Grace | Megan McCullough |
| | | | |
| 20-03107-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Ray Jackson | Jason Coatney |
| | | | |
| 20-03128-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | John Heber Redd | Michelle Law |
| | | | |
| 21-03012-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Pearl Godsey | Ian Lewis |
| | | | |
| 21-03004-CR-S-SRB | | United States | Patrick Carney |
| | | v. | |
| | -01 | Elizabeth D. Hessing | Marshall Miller |

| | | | |
|---|---|---|---|
| 21-03009-CR-S-SRB | | United States | Megan Chalifoux |
| | | v. | |
| | -01 | Xiaozheng Liu | Tad Morlan |
| | -02 | Huanzhi Ye | Jason Coatney |
| | | | |
| 21-05006-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Damion Spillman | Michelle Moulder |
| | | | |
| 21-03008-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -02 | Gino C. Locklear | Gary Wilson |
| | | | |
| 21-03020-CR-S-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Garrett Parlette | Michelle Law |
| | | | |
| 21-03014-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Corey Levi Porter | Teresa Fiester |
| | | | |
| 20-05023-CR-SW-MDH | | United States | Megan Chalifoux |
| | | v. | |
| | -01 | Freddie McAnally, II | Michelle Law |

| | | |
|---|---|---|
| 21-03011-CR-S-BP | United States | Jim Kelleher |
| | v. | |
| -01 | Michael Ray Jones | Ann Koszuth |
| | | |
| 21-03017-CR-S-BCW | United States | Casey Clarkd |
| | v. | |
| -01 | Joseph A. Keplan | David Mercer |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

Date: February 22, 2021