# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 21-05003-01-CR-SW-MDH |
| **WILLIAM D. JOHNSON**, | |
| Defendant. | |

## NOTICE AND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America hereby files the following Notice and Bill of Particulars for Forfeiture of Property.

The Forfeiture Allegation pending in this case seeks forfeiture of property that constitutes or is derived from the proceeds obtained directly and indirectly from the violation set forth in Count One of the Indictment, and all property used or intended to be used, in any manner or part, to commit, or facilitate the commission of the violation alleged in Count One, pursuant to Title 21, United States Code, Section 853.

The United States hereby gives notice that it is seeking forfeiture of the following property: approximately $16,307.57 in United States currency seized from the defendant, William D.

Johnson on or about June 12, 2019, as proceeds directly traceable to the violation alleged in Count One or used to commit or facilitate the violation alleged in Count One of the Indictment.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By /s/ Jessica R. Sarff
Jessica R. Sarff
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2021, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

/s/ Jessica R. Sarff
Jessica R. Sarff
Assistant United States Attorney