# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     September 20, 2021

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, August 24, 2021, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing September 20, 2021.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is November 1, 2021, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>August 24, 2021</u>**

| | | | |
|---|---|---|---|
| 20-03118-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Matthew J. Chiera | Stuart Huffman |
| | | | |
| 21-03006-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Larry D. Wright | Lacon Smith |
| | -03 | Alex J. Collins | Jason Coatney |
| | -04 | Theresa L. Villarea | Agi Prevendarscik |
| | | | |
| 20-03037-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Tara New | Brian Risley |

| Case Number | Party | Defendant | Attorney |
|---|---|---|---|
| 21-03024-CR-S-BP | United States | | Stephanie Wan |
| | v. | | |
| -01 | | Colby Fronterhouse | Erica Mynarich |
| 20-05030-CR-SW-RK | United States | | Jessica Sarff |
| | v. | | |
| -01 | | Francisco Magallon | Michelle Law |
| -04 | | John R. Caldwell | Stuart Huffman |
| -07 | | Breanna S. Maggard | Alison Hershewe |
| 20-0362-CR-S-MDH | United States | | Ami Miller |
| | v. | | |
| -01 | | Robert Tyson Hice | Michelle Law |
| 21-03073-CR-S-BP | United States | | Ami Miller |
| | v. | | |
| -01 | | Gary Lee Kelly | Michelle Moulder |
| 21-03081-CR-S-SRB | United States | | Jody Stockard |
| | v. | | |
| -01 | | Brandon M. Jones | Michelle Law |
| 21-03015-CR-S-BCW | United States | | Stephanie Wan |
| | v. | | |
| -01 | | Allen Shafer | Michelle Moulder |

| | | | |
|---|---|---|---|
| 19-05042-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Mahamud Mahamed | Ian Lewis |
| | | | |
| 21-03086-CR-S-SRB | | United States | Megan Chalifoux |
| | | v. | |
| | -02 | Ashley Paige Clark | Erica Mynarich |
| | -03 | Abigail Clark | Agi Prevendarcsik |
| | | | |
| 21-03080-CR-S-BCW | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Virginia Sanchez | Tom Carver |
| | | | |
| 19-05023-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Chritopher Chamberlin | Stuart Huffman |
| | | | |
| 19-03106-CR-S-SRB | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Shirley Hicks | Shane Cantin |
| | -02 | Luis Ortiz Rodriguez | Brian Risley |
| | -03 | Raymon F. Ortega | Stuart Huffman |
| | -06 | James E. Cooper | Alison Hershewe |

| | | | |
|---|---|---|---|
| 21-05023-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Jacob Zuber | Tom Carver |
| | | | |
| 18-03042-CR-S-SRB | | United States | Randy Eggert |
| | | v. | |
| | -01 | Charles Robinson | Kristin Jones |
| | | | |
| 21-03043-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Sergio Ortiz | Branden Twibell |
| | | | |
| 21-03026-CR-S-BCW | | United States | Casey Clark |
| | | v. | |
| | -01 | George F. Myers, Jr. | Erica Mynarich |
| | | | |
| 21-03045-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | A. Valazquez-Hernandez | Stuart Huffman |
| | | | |
| 20-03065-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Kyle Q. Lee | Joe Passanise |

| | | | |
|---|---|---|---|
| 20-03046-CR-S-BP | | United States | Jessica Sarff |
| | | v. | |
| | -12 | Trenton J. Davis | Charles Kirksey |
| 20-03089-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Damien L. Yarbrough | Agi Prevendarcsik |
| 21-03041-CR-S-DPR | | United States | Casey Clark |
| | | v. | |
| | -01 | Joseph D. Dewitt | Ian Lewis |
| 21-05015-CR-SW-MDH | | United States | Jim Keller |
| | | v. | |
| | -01 | William Wallace | Ian Lewis |
| 20-03113-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | James Schollenberger | Michelle Law |
| 21-05014-CR-SW-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Michael Schmitt | Ian Lewis |

| | | | |
|---|---|---|---|
| 21-05011-CR-SW-BCW | | United States | Megan Chalifoux |
| | | v. | |
| | -01 | Timothy Joseph Michiels | Shane Cantin |
| | | | |
| 21-05003-CR-SW-MDH | | United States | Jessica Sarff |
| | | v. | |
| | -01 | William D. Johnson | Don Cooley |
| | -02 | Douglas Ward | Stuart Huffman |
| | -03 | Joshua T. Davenport | Erica Mynarich |
| | | | |
| 21-03020-CR-S-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Garrett Parlette | Michelle Law |
| | | | |
| 19-03162-CR-S-BCW | | United States | Byron Black |
| | | v. | |
| | -02 | Latoya W. O'Conner | Alison Hershewe |
| | | | |
| 20-03025-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Robby Christopher Burns | Ian Lewis |
| | | | |
| 21-05001-CR-SW-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Mario Del Pino-Lujan | David Mercer |

| | | |
|---|---|---|
| 20-03083-CR-S-MDH | United States | Tony Brown |
| | v. | |
| -01 | James S. Jackson | Ian Lewis |
| | | |
| 21-03013-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Alvan Allen | Ian Lewis |
| | | |
| 21-03001-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Joseph Charles Cady, Jr. | David Mercer |
| | | |
| 20-05034-CR-SW-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Jerry Vowell | Brady Musgrave |
| | | |
| 20-03076-CR-S-MDH | United States | Shannon Kempf |
| | v. | |
| -01 | Roderick E. Herbert | Ian Lewis |
| | | |
| 19-03164-CR-S-BP | United States | Jody Stockard |
| | v. | |
| -01 | Terrance J. Golden | Penny Speake |

| | | | |
|---|---|---|---|
| 20-03015-CR-S-BP | | United States | Jessica Sarrf |
| | | v. | |
| | -02 | Jeffrey S. Dubray | Stuart Huffman |
| | -03 | Drake A. Cox | Russ Dempsey |
| | -04 | William E. Kurek | Gary Wilson |
| | | | |
| 21-03017-CR-S-BCW | | United States | Casey Clark |
| | | v. | |
| | -02 | Tristan Kennedy | Agi Prevendarcsik |
| | | | |
| 20-03090-CR-S-BP | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Richard Dale Friederich | Ann Koszuth |
| | | | |
| 19-03094-CR-S-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Rodney Shawn Henry | Brady Musgrave |
| | | | |
| 20-03031-CR-S-SRB | | United States | Jessica Sarrf |
| | | v. | |
| | -04 | Anthony J. Kurek | Scott Pierson |
| | -06 | Holli S. Larose | Don Cooley |
| | -08 | Jessica A. Ralls | Alison Hershewe |
| | -09 | Jessy K. Sanchez | Agi Prevendarcsik |
| | -10 | Christian F. Roman | Josh Roberts |

|                      |                        |                   |
|----------------------|------------------------|-------------------|
| -11                  | Nathan J. Bay          | Tom Carver        |
| -12                  | Anthony L. Romondo     | David Back        |
| -13                  | Gary L. Sneed          | Russ Dempsey      |
| 19-03044-CR-S-BP     | United States          | Randy Eggert      |
|                      | v.                     |                   |
| -01                  | Manuel Edgardo Cortez  | Brady Musgrave    |
| -10                  | Leslie T. Ray          | Lacon Smith       |
| -15                  | Jedediah L. Selke      | Alison Hershewe   |
| 20-03016-CR-S-MDH    | United States          | Jessica Sarff     |
|                      | v.                     |                   |
| -01                  | Walter M. Terrell      | Josh Roberts      |
| 19-03132-CR-S-MDH    | United States          | Jody Stockard     |
|                      | v.                     |                   |
| -01                  | Derrick L. Hall        | Josh Roberts      |
| 20-03112-CR-S-BCW    | United States          | Jessica Sarff     |
|                      | v.                     |                   |
| -01                  | Devin J.H. Wrinkle     | Peter Bender      |
| 19-05011-CR-SW-SRB   | United States          | Stephanie Wan     |
|                      | v.                     |                   |
| -01                  | William E. Florian Palma | Don Cooley      |

| | | | |
|---|---|---|---|
| 19-03135-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -02 | James Vanhoozer | Scott Pierson |
| | -04 | Brandon Z. Richardson | Brian Risley |
| | | | |
| 19-05050-CR-SW-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | William Florian Palma | Don Cooley |
| | | | |
| 20-03086-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Kyle M. Vaughn | David Mercer |
| | | | |
| 20-03006-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Victor Martin | David Mercer |
| | | | |
| 18-03140-CR-S-BCW | | United States | Jessica Sarff |
| | | v. | |
| | -03 | Summer Skinner | Alison Hershewe |
| | | | |
| 20-03128-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | John Heber Redd | Michelle Law |

| | | | |
|---|---|---|---|
| 21-05016-CR-SW-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Janel Strohmeyer | Kristin Jones |
| | | | |
| 20-03116-CR-S-SRB | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Aaron J. Martin | Ann Koszuth |
| | -02 | Clayton P. Albrecht | Russ Dempsey |
| | -04 | Megan R. Daniels | Megan McCullough |
| | | | |
| 20-03092-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Vincent Dominy | Scott Rosenblum |
| | | | |
| 21-03088-CR-S-MDH | | United States | Megan Chalifoux |
| | | v. | |
| | -01 | Dentson Reed | Michelle Law |
| | | | |
| 21-05029-CR-SW-SRB | | United States | Jessica Sarff |
| | | v. | |
| | -01 | Paige L. Walls | Marshall Miller |
| | | | |
| 21-03091-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Gina N. Nunez | Abe McGull |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: August 6, 2021